# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**TAVA MARTIN,** individually, and on behalf of others similarly situated,

Plaintiff,

vs.

**BANK OF AMERICA CORPORATION,** a Delaware Corporation,

Defendant.

Case No. 25-cv-00837

## **CONSENT TO JOIN**

I work or worked for Bank of America Corporation ("Defendant") as an hourly remote employee and worked uncompensated overtime.

I choose to participate in the above-captioned lawsuit to recover unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal wage law.

I choose to be represented by the named Plaintiff and Ash Law, PLLC and Burns, Day & Presnell, P.A. ("Plaintiff's Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

Print Name: Tava Martin

Signature: *Tava Martin*

Date: 10/23/2025