**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:25-CV-00837-KDB-DCK**

| | |
|---|---|
| **TAVA MARTIN,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BANK OF AMERICA CORPORATION,**<br><br>**Defendant.** | **MEMORANDUM AND ORDER** |

**THIS MATTER** is before the Court on Plaintiffs' Unopposed Motion to Approve FLSA Settlement Agreement (the "Motion for Settlement Approval") (Doc. 14). The Court has carefully considered this motion and the parties' briefs and exhibits. With the consent of the Parties, the Court will **GRANT** the motion and approve the settlement.

In support of its approval, the Court finds that the Parties' settlement resolves a bona fide dispute over the Fair Labor Standards Act ("FLSA"), represents a fair and reasonable resolution of the dispute in all respects, and otherwise complies with the requirements of 29 U.S.C. § 201, et seq. and due process of law. Further, the amounts payable to the Plaintiffs Martin and Casey and Plaintiffs' Counsel (for fees and costs) are reasonable and hereby approved.

**ORDER**

**NOW THEREFORE IT IS ORDERED THAT:**

1.  Plaintiff's Unopposed Motion to Approve FLSA Settlement Agreement (Doc. 14) is **GRANTED;**

1

2. Defendants shall make payments to the Plaintiffs and Plaintiffs' Counsel in the amounts set forth in the Agreements;

3. This matter is hereby dismissed without prejudice until Defendant completes all payments to Plaintiffs and Plaintiffs' Counsel as set forth in the Agreements;

4. Upon completion of payments to Plaintiffs and Plaintiffs' Counsel as set forth in the Agreements, this Order shall automatically convert to a dismissal with prejudice;

5. The Parties shall otherwise comply with all terms and conditions of the Agreements; and

6. The Clerk is directed to close this matter in accordance with this Order, with the Court retaining jurisdiction to enforce the terms of the Parties' Agreements.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: April 17, 2026

Kenneth D. Bell
United States District Judge

2